```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2000 NOV 17  AM 9: 24

                               LORETTA G. WHYTE
                                     CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| v. | * | **NUMBER: 00-0424** |
| **MICHAEL R. SCOTT** | * | **SECTION: "T"(2)** |
| | * | |

               *   *   *

### MOTION TO CONTINUE

**NOW INTO COURT**, through undersigned Assistant United States Attorney, comes the United States of America, and respectfully request a continuance of the court imposed cutoff dates, the Pretrial Conference date, and the trial date in the above-captioned cause. The Pre-Trial Conference date was scheduled for Thursday, November 9, 2000 at 10:30 a.m., and the Trial is scheduled for Monday, November 27, 2000 at 10:00 a.m.

This continuance is requested because the case was assigned to Assistant United States Attorney Karl J. Connor undersigned Assistant, who needs additional time to re-familiarize himself with the case and prepare its prosecution. The undersigned has been hospitalized and subsequently placed on bed rest and therefore out of the office since August 20, 2000. Additionally, a verbal settlement agreement was reached with the defendant shortly before August 20, 2000. However,

```
DATE OF ENTRY
NOV 2 7 2000
```

attempts to locate the defendant since that time have failed. Therefore, the United States of America ask for a continuance so it can attempt to locate the defendant. Additionally, the undersigned respectfully suggest that a status conference be held at the Court's convenience to set new dates.

After several attempts, the defendant has not been contacted as he cannot be located. Therefore, his position is unknown regarding this requested continuance.

                                        Respectfully submitted,

                                        EDDIE J. JORDAN, JR.
                                        UNITED STATES ATTORNEY

                                        KARL J. CONNOR (23454)
                                        Assistant United States Attorney
                                        Hale Boggs Federal Building
                                        501 Magazine Street, Second Floor
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 680-3004

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this __17th__ day of November 2000.

                                        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| v. | * | **NUMBER: 00-0424** |
| **MICHAEL R. SCOTT** | * | **SECTION: "T"(2)** |
| | * | |

\* \* \*

## ORDER

Considering the foregoing Motion to Continue,

IT IS HEREBY ORDERED that a continuance of the cutoff dates, Pre-trial Conference dates, and Trial date be and is hereby granted.

IT IS FURTHER ORDERED that a preliminary conference be held on the 5th day of December, 2000 at 2:30 p.m. to set new dates.

New Orleans, Louisiana, this 20th day of November, 2000.

_____
UNITED STATES DISTRICT JUDGE