```
                              FILED
                         U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                         2001 MAR 30  AM 9: 18

                          LORETTA G. WHYTE
                               CLERK
```

USAO No.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0424 |
| MICHAEL R. SCOTT | * | SECTION: "T" (2) |
| * | * | * |

**PLAINTIFF'S LIST OF WITNESSES AND EXHIBITS**

NOW INTO COURT comes the ~~defendant~~ Pla United States of America and does hereby tender its list of presently known witnesses who may be called to testify at the trial of this matter.

I.   **WITNESSES WHO MAY BE CALLED:**

   1)   Patrick Fletcher
        Representative of the Railroad Retirement Board
        Office of Inspector General/
        Office of Investigations
        844 Rush Street, Room 450
        Chicago, Ill 60611

   2)   Any witness called by any other party.

```
                                              ___Fee_____
                                              ___Process___
                                              X  Dktd  OLD
                                              ___CtRmDep___
                                              Doc.No. 9
```

II. **EXHIBITS THAT MAY BE USED AT TRIAL:**

1. RRB Form U-1 "Application for Unemployment Benefits and Employment Service"

2. Twenty-four RRB Form UI-3 "Claims for Unemployment Benefits" dated for the two-week claim period beginning March 2, 1993, through the two-week claim period beginning February 10, 1994.

3. RRB Booklet UB-10

4. Office of Inspector General/Office of Investigations' Statement of Determination of Loss.

5. Defendant's Answer.

6. Any exhibit listed or introduced by any other party.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
KARL J. CONNOR (23454)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3004

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 29th day of March 2001

_____
Assistant U.S. Attorney