UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CIVIL ACTION

VERSUS                                      NO. 00-424

MICHAEL SCOTT                               SECTION T

<u>JUDGE G. THOMAS PORTEOUS PRESIDING</u>

COURTROOM DEPUTY:  RICHARD WINDHORST
COURT REPORTER:    KAREN ANDERSON IBOS
APRIL 9, 2001      10:00 A.M.

APPEARANCES:   KARL J. CONNOR FOR THE UNITED STATES OF AMERICA.

NON-JURY TRIAL. COURT CALLS CASE, DEFENDANT NOT PRESENT. CLERK INSTRUCTED BY THE COURT TO CHECK THE CORRIDOR, DEFENDANT NOT PRESENT.
GOVERNMENT WITNESS: CAROL SUTHERLAND.
EXHIBITS 1 - 6 OFFERED AND ADMITTED. (SEE ATTACHED.)
FOR THE REASONS GIVEN ORALLY FROM THE BENCH, THE COURT ORDERS THAT THERE BE JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT. WRITTEN JUDGMENT TO FOLLOW.
COURT STANDS AT RECESS.

DATE OF ENTRY
APR 10 2001

__FEE_____
__PROCESS_____
__CHARGE_____
__INDEX_____
__ORDER_____
__HEARING_____
DOCUMENT NO.___