UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 10 A 10: 21

LORETTA G. WHYTE
CLERK

| UNITED STATES OF AMERICA | CIVIL ACTION |
|---|---|
| VERSUS | 00-424 |
| MICHAEL R. SCOTT | SECTION "T" (2) |

### FINAL JUDGMENT

The Court having tried the issues in this case and having reached a conclusion on the merits, it is the decision of this Court that judgment will be entered in favor of the Plaintiff, United States of America on behalf of the Railroad Retirement Board, and against the Defendant, Michael R. Scott, finding said Defendant in violation of the False Claims Act, 31 U.S.C. §3729 et seq.

Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the Plaintiff, United States of America on behalf of the Railroad Retirement Board, and against the Defendant, Michael R. Scott, in the amount of $23,166.00, together with interest from the date of judicial demand and all costs.

New Orleans, Louisiana, this _____ day of April, 2001.

DATE OF ENTRY
APR 1 0 2001

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE