

```
                                            FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                       2001 SEP 28  P 3: 58

                                       LORETTA G. WHYTE
                                            CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**September 28, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| **VERSUS** | * | NO: 00-0424 |
| **MICHAEL R. SCOTT** | * | SECTION: "T" |

### HEARING ON MOTIONS

APPEARANCE(S):   VIA TELEPHONE: Ms. Alice Jefferson, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Alice Jefferson, Debt Collection Agent, United States Attorney's Office called to inform the court that the United States Marshals Service has been unable to serve Mr. Scott, but will try at a later date. Ms. Jefferson indicated that the judgment debtor motion set for hearing before the Magistrate Judge on October 3, 2001, at 11:00 a.m. is moot. Accordingly, the motion is **DISMISSED**.

                                  LOUIS MOORE, JR.
                                  United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

```
DATE OF ENTRY
OCT 1 - 2001
```

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
Doc.No.