USA No. 2001Z00271

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| v. | * | NO. 00-0424 |
| **MICHAEL R. SCOTT** | * | SECTION: "T" |

\* \* \*

### MOTION TO EXAMINE JUDGMENT DEBTOR

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, which respectfully represents:

I.

The United States of America is a judgment creditor of Michael R. Scott defendant, in the sum of $23,166.00. As of this date, the outstanding balance is $25,249.63.

II.

The United States of America desires to examine Michael R. Scott pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, *etseq.*, Rule 69, Federal Rules of Civil Procedure, and

Articles 2451-2456, Louisiana Code of Civil Procedure, about all matters pertaining to his estate or property.

WHEREFORE, the United States of America moves that it be permitted to examine Michael R. Scott judgment debtor, at the time and place to be fixed by the court.

> Respectfully submitted,
>
> JIM LETTEN
> UNITED STATES ATTORNEY
>
> _____
> ENEID A. FRANCIS
> Assistant United States Attorney
> Bar Roll No. 5816
> Hale Boggs Federal Building
> 500 Poydras Street, Second Floor
> New Orleans, Louisiana 70130
> Telephone: (504) 680-3060

PLEASE SERVE:
Michael R. Scott
9501 Brockbank Drive, Apt. #2306
Dallas, TX  75220