**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO.  00-0424 |
| MICHAEL R. SCOTT | * | SECTION:  "T" |
| | * * * | |

## O R D E R

IT IS ORDERED that Michael R. Scott appear before Magistrate Judge Louis Moore, Jr., on the _____ day of _____, 2007, at 11:00 a.m., in the Hale Boggs Federal Building, Room No. B-407, 500 Poydras Street to be examined as a judgment debtor.

FAILURE TO APPEAR MAY SUBJECT JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE