UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0424 |
| MICHAEL R. SCOTT | * | SECTION: "T" |

* * *

### GOVERNMENT'S MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully requests that Eneid A. Francis be substituted for Karl J. Connor as counsel of record for the government.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

ENEID A. FRANCIS
Assistant United States Attorney
Louisiana Bar Roll Number 5816
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

- 2 -

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon Michael R. Scott, 9501 Brockbank Drive, Apt. #2306, Dallas, Texas 75220, this 29th day of June, 2007.

_____
Assistant United States Attorney