```
              UNITED STATES  DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA        *       CIVIL ACTION

        v.                      *       NO. 00-0424

MICHAEL R. SCOTT                *       SECTION: "T"

                        *   *   *
```

### O R D E R

Considering the foregoing Motion to Substitute Counsel;

**IT IS HEREBY ORDERED** that Eneid A. Francis be substituted for Karl J. Connor as counsel of record for the United States of America in the above-captioned matter.

New Orleans, Louisiana this ____ day of _____, 2007.

```
                                _____
                                UNITED STATES DISTRICT JUDGE
```