UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| USA | CIVIL ACTION |
| VERSUS | NO. 00-424 |
| MICHAEL SCOTT | SECTION "T" |

### ORDER OF RECUSAL

The undersigned, being cognizant of Title 28 Section 455(a) hereby recuses himself from CIVIL ACTION NO. 00-424 'T'.

Accordingly,

**IT IS ORDERED** that the Honorable G. Thomas Porteous, Jr. be **RECUSED** and CIVIL ACTION NO. 00-424 'T' be **REALLOTED**.

New Orleans, Louisiana, this 30th day of July, 2007.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

AUG 0 1 2007

REALLOTTED TO
SECT. R

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____