UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0424 |
| MICHAEL R. SCOTT | * | SECTION: "~~T~~"  "R" |
| * * * | | |

### O R D E R

Considering the foregoing Motion to Substitute Counsel;

**IT IS HEREBY ORDERED** that Eneid A. Francis be substituted for Karl J. Connor as counsel of record for the United States of America in the above-captioned matter.

New Orleans, Louisiana this  9th  day of   August   , 2007.

*Sarah Vance*
UNITED STATES DISTRICT JUDGE