UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION NO.  00-0424 |
| v. | * | SECTION: "R" (2) |
| **MICHAEL R. SCOTT** | * | |
| | * | |

**PLAINTIFF'S MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD and INCORPORATED MEMORANDUM IN SUPPORT**

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, the United States of America ("United States"), and hereby moves this Court to enroll additional counsel of record under LR83.2.12.  Specifically, the United States wishes to enroll as counsel Assistant United States Attorney Peter M. Mansfield.  The enrollment of additional counsel will not prejudice either party nor result in any undue delays in the disposition of this matter.

**WHEREFORE,** for these reasons, the United States respectfully prays that this Court grant its motion and direct the Clerk of Court to enroll AUSA Peter M. Mansfield as additional counsel of record for the United States in this matter.

Respectfully Submitted,

JIM LETTEN
UNITED STATES ATTORNEY

*s/Peter M. Mansfield*
PETER M. MANSFIELD (28671)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, LA  70130
Telephone:  (504) 680-3047

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, and/or mailing the same by first class United States mail, postage prepaid on this __19th__ day of March 2008.

*s/Peter M. Mansfield*
Assistant United States Attorney